ALLEN J. WILT, ESQ.
Nevada Bar No. 04798
awilt@lionelsawyer.com
CHANDENI GILL, ESQ.
Nevada State Bar No., 12750
cgill@lionelsawyer.com
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
(775) 788-8666 (Telephone)
(775) 788-8682 (Fax)

Neil J. McNabnay (Admitted *pro hac vice*)
mcnabnay@fr.com
Carl E. Bruce (Admitted *pro hac vice*)
bruce@fr.com
Britnee M. Reamy (Admitted *pro hac vice*)
Reamy@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for ORBITZ WORLDWIDE, INC,
and ORBITZ, LLC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CEATS, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>ORBITZ WORLDWIDE, INC, a Delaware corporation, and ORBITZ, LLC, a Delaware limited liability company,<br><br>Defendants,<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:13-cv-01385-MMD-PAL<br><br>**DEFENDANT'S MOTION TO STAY PENDING RESOLUTION OF ITS MOTION TO TRANSFER VENUE**<br><br>Honorable Miranda M. Du |

This litigation belongs in the Northern District of Illinois, and Orbitz's Motion to Transfer Venue to NDIL (Dkt No. 34) is fully briefed and ripe for consideration. Accordingly, Orbitz respectfully moves this Court for a stay of all deadlines pending the expeditious resolution

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 1100
RENO, NEVADA 89501
(775) 788-8666

of its Motion to Transfer as continuing litigation in this district is a waste of judicial resources and inconvenient for all parties.

The Federal Circuit has noted that motions to transfer should be addressed at the outset of litigation to promote judicial efficiency, to prevent a waste of time, energy, and money, and to protect litigants, witnesses, and the public against unnecessary inconvenience and expense. The Federal Circuit has also encouraged district courts to stay proceedings until they take up the transfer issues.

For instance, in addressing the importance of promptly resolving motions to transfer, the Federal Circuit in *In re EMC Corp.*[1] stated that "this case is a prime example of the importance of addressing motions to transfer at the outset of litigation." In *In re EMC Corp.*, the Federal Circuit explained that Congress' intent to promote these goals "may be thwarted where . . . defendants must partake in years of litigation prior to a determination on a transfer motion." *Id.*; *see also In re VTech Commc'ns., Inc.*, Misc. Docket No. 909, 2010 WL 46332, at *6 (Fed. Cir. Jan. 6, 2010) (motions to transfer venue should be resolved "before the district court invest(s) considerable time and attention on discovery and completing claim construction.")

And the Federal Circuit recently directed the district court in *In re Fusion-IO* to stay proceedings pending resolution of the pending motions to transfer. In *In re Fusion-IO*, the Federal Circuit noted that on remand defendant Fusion-IO should "promptly request transfer in the lead case along with a motion to stay proceedings pending disposition of the transfer motion, and for the district court to act on those motions before proceeding to any motion on the merits of the action."[2]

Other district courts have followed the Federal Circuit's expectation to stay proceedings

---

[1] 501 Fed. Appx. 973, 975, 2013 WL 324154 at *2 (Fed. Cir. Jan. 29, 2013)
[2] *See* 489 Fed. Appx. 465 (Fed. Cir. 2012).

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 1100
RENO, NEVADA 89501
(775) 788-8666

2

pending resolution of a motion to transfer. For example, in *B.E. Tech., LLC v. Sony Computer Entertainment et al.*, the court held that "[s]taying the proceedings—including the Local Patent Rule disclosures and fact discovery—will allow the Court to properly decide the pending Motions to Change Venue in light of judicial economy and comity." 2:12-CV-02826-JPM, 2013 WL 524893 (W.D. Tenn. Feb. 11, 2013) (*citing McDonnell Douglas Corp. v. Polin*, 429 F.2d 30, 31 (3d Cir. 1970) ("Judicial economy requires that another district court should not burden itself with the merits of the action until it is decided that a transfer should be effected.")).

Similar to *B.E. Tech* and the other cases recited above, judicial economy and comity favor a stay in this case. This litigation is in its early stages and substantive discovery has not yet begun. Furthermore, a brief stay would not prejudice CEATS because no issues will become more complex as a result of the stay. Moreover, the requested stay is not meant for the purpose of delay, but to give the Court the opportunity to consider and rule on Defendant's Motion to Transfer Venue before the Court and the Parties expend significant resources addressing issues related to discovery and disclosure that may not be necessary in the Northern District of Illinois. For instance, this Court has recently ordered the parties to work together to develop an ESI order.[3] In the Northern District of Illinois, much of this work is already done for the parties as the district has a set of Local Patent Rules for Electronically Stored Information.[4]

As the Federal Circuit has made clear, Orbitz is entitled to expeditious review of its Motion to Transfer Venue. While the Court is considering that Motion, Orbitz respectfully

///
///
///
///
///
///

---

[3] *See* Discovery Plan and Scheduling Order, Dkt No. 49 at ¶5.

[4] http://www.ilnd.uscourts.gov/home/_assets/_documents/Rules/FINAL%20CLEAN%20Approved%20e%20discovery%20rules.pdf

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 1100
RENO, NEVADA 89501
(775) 788-8666

3

requests that all deadlines be stayed consistent with Federal Circuit authority.

DATED: This 20th day of December, 2013.

          LIONEL SAWYER & COLLINS

By: /s/ Allen J. Wilt, Esq.
ALLEN J. WILT, ESQ.
Nevada Bar No. 04798
awilt@lionelsawyer.com
CHANDENI GILL, ESQ.
Nevada State Bar No., 12750
cgill@lionelsawyer.com
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 West Liberty Street
Reno, Nevada 89501
(775) 788-8666 (Telephone)
(775) 788-8682 (Fax)

Neil J. McNabnay (Admitted *pro hac vice*)
mcnabnay@fr.com
Carl E. Bruce (Admitted *pro hac vice*)
bruce@fr.com
Britnee M. Reamy (Admitted *pro hac vice*)
Reamy@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for ORBITZ WORLDWIDE, INC, and ORBITZ, LLC.

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 1100
RENO, NEVADA 89501
(775) 788-8666

4

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I certify that I am an employee of Lionel Sawyer & Collins and not a party to, nor interested in, the within action; that on the 20th day of December, 2013, a true and correct copy of the foregoing document was transmitted electronically to the following via the Court's e-filing electronic notice system[5]:

R. Scott Weide, Esq.
Nevada Bar No. 5541
*SWeide@WeideMiller.com*
Ryan Gile, Esq.
Nevada Bar No. 8807
*rgile@weidemiller.com*
**WEIDE & MILLER, LTD.**
7251 West Lake Mead Blvd. Suite 530
Las Vegas, NV 89128
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

Craig S. Summers, Esq. (admitted *pro hac vice*)
*craig.summers@knobbe.com*
David G. Jankowski, Esq. (admitted *pro hac vice*)
*david.jankowski@knobbe.com*
Jared C. Bunker, Esq. (admitted *pro hac vice*)
*jared.bunker@knobbe.com*
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Steven A. Maddox, Esq. (admitted *pro hac vice*)
*steve.maddox@knobbe.com*
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1717 Pennsylvania Ave. N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 640-6400
Facsimile: (202) 640-6401

Attorneys for Plaintiff
CEATS, INC.

/s/ Leslie M. Lucero
Leslie M. Lucero

---

[5] If the court's electronic filing system indicates that there are person(s) not registered with the court's e-filing system, then a true and correct paper copy of the above-named document was served via U.S. Mail.

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
50 WEST LIBERTY STREET
SUITE 1100
RENO, NEVADA 89501
(775) 788-8666

5