UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CEATS, INC., a Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>ORBITZ WORLDWIDE, INC., a Delaware corporation, and ORBITZ, LLC, a Delaware limited liability company,<br><br>Defendants,<br><br>ORBITZ WORLDWIDE, INC., a Delaware corporation,<br><br>Counter Claimant,<br>v.<br><br>CEATS, INC., a Nevada corporation,<br><br>Counter Defendant. | Case No. 2:13-cv-01385-MMD-PAL<br><br>ORDER |

Before the Court is Defendants/Counter Claimants Orbitz Worldwide, Inc. and Orbitz, LLC's application for a status check as to the disposition of Defendants' Motion to Transfer Venue to the United States District Court for the Northern District of Illinois ("Motion") (dkt. no. 134) pursuant to Local Rule 7-6(b). (Dkt. no. 76.) Defendants' Motion was filed on November 15, 2013, and was ripe and fully submitted to the Court on December 20, 2013. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. There are many motions that are in line for disposition ahead of the Motion in this case. The

Court is working on motions submitted before August 31, 2013, and will be moving through them chronologically.

DATED THIS 21st day of February 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE