# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CEATS, INC.<br><br>                Plaintiff,<br><br>v.<br><br>ORBITZ, LLC,<br><br>                Defendant. | Civil Action No. 14-cv-05202<br><br>Honorable Judge Robert M. Dow, Jr. |

## JOINT MOTION TO STAY CASE PENDING DECISION ON PLAINTIFF CEATS, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff CEATS, Inc. and Defendant Orbitz, LLC hereby jointly move the Court to stay all proceedings in this case *except for* CEATS's pending Motion for Leave to File Second Amended Complaint (Dkt. No. 94).

As background for the Court, fact discovery in this case is complete (except for some outstanding 30(b)(6) deposition time)[1], but the parties do not have a schedule for expert reports. If the Court grants CEATS's motion for leave and decides to reopen discovery in the case, the scope and timing of expert reports would necessarily change. Thus, the parties submit that staying this case until CEATS's motion is decided will streamline the case and will help the Court, parties, and counsel conserve resources. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

---

[1] CEATS has 6.7 hours of 30(b)(6) deposition time left for Orbitz corporate designees, while Orbitz has 14 hours of 30(b)(6) deposition time left for CEATS corporate designees.

counsel, and for litigants."). Moreover, this case was recently transferred to this Judicial District, and no trial date has been set, so the stage of this case indicates that a stay will result in minimal disruption. The parties seek this stay in good faith and not for purposes of improper delay.

The parties have also agreed and jointly request that the stay be lifted after the Court decides CEATS's motion, and that if the Court denies CEATS's motion, opening expert reports be due 90 days after the stay is lifted. However, if the Court grants CEATS's motion, the parties and the Court would reconvene to determine an appropriate schedule given any expansion of the case.

In another effort to streamline the case, the parties have agreed to reduce the number of asserted claims and prior art references. On July 15, CEATS will reduce the number of asserted claims to 16. Thirty days prior to the due date for opening expert reports, CEATS will further reduce its asserted claims to 10. On July 21, Orbitz will reduce its asserted prior art references to 10 per patent, 30 total.[2] Twenty days prior to the due date for opening expert reports, Orbitz will further reduce its asserted prior art references to 6 per patent, 20 total.

---

[2] Each prior art system is to be considered as one reference.

NIRO, HALLER & NIRO

/s/Frederick C. Laney
Frederick C. Laney
Christopher W. Niro
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
laney@nshn.com
cniro@nshn.com

Craig S. Summers (pending *pro hac vice*)
craig.summers@knobbe.com
David G. Jankowski (pending *pro hac vice*)
david.jankowski@knobbe.com
Jared C. Bunker (pending *pro hac vice*)
jared.bunker@knobbe.com
KNOBBE MARTENS OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Steven A. Maddox (pending *pro hac vice*)
steve.maddox@knobbe.com
KNOBBE MARTENS OLSON & BEAR, LLP
1717 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 640-6400
Facsimile: (202) 640-6401

Attorneys for Plaintiff, CEATS, Inc.
Dated: July 21, 2014

FISH & RICHARDSON, P.C.

/s/Neil J. McNabnay
Neil J. McNabnay (pending *pro hac vice*)
mcnabnay@fr.com
Britnee M. Reamy (pending *pro hac vice*)
reamy@fr.com
Carl E. Bruce (pending *pro hac vice*)
bruce@fr.com
Matthew A. Colvin (pending *pro hac vice*)
colvin@fr.com
James E. Youngblood (pending *pro hac vice*)
youngblood@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Steven M. Geiszler (pending *pro hac vice*)
Mark C. Nelson (pending *pro hac vice*)
DENTONS US, LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910

Attorneys for Defendant, Orbitz, LLC
Dated: July 21, 2014

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2014 the foregoing Joint Motion to Stay Case Pending Decision on Plaintiff Ceats, Inc.'s Motion for Leave to File Second Amended Complaint was filed using the Court's ECF system which will send notification to the registered participants of the ECF System and was served to the following via electronic mail:

Neil J. McNabnay (pending *pro hac vice*)
Britnee M. Reamy (pending *pro hac vice*)
Carl E. Bruce (pending *pro hac vice*)
Matthew A. Colvin (pending *pro hac vice*)
James E. Youngblood (pending *pro hac vice*)
FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
reamy@fr.com
bruce@fr.com
colvin@fr.com
youngblood@fr.com

Steven M. Geiszler (pending *pro hac vice*)
Mark C. Nelson (pending *pro hac vice*)
DENTONS US, LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
steven.geiszler@dentons.com
mark.nelson@dentons.com

*Attorneys for Defendant, Orbitz, LLC*

 

                                         /s/Frederick C. Laney
                                         *Attorneys for Ceats, Inc.*