# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CEATS, INC.,                      Plaintiff,<br>vs.<br>ORBITZ WORLDWIDE, INC.,    Defendant. | Case Number: 14-cv-05202 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CEATS, INC.

| |
|---|
| NAME (Type or print)<br>Christopher W. Niro |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christopher W. Niro |
| FIRM<br>Niro, Haller & Niro |
| STREET ADDRESS<br>181 West Madison Street, Suite 4600 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6300428 | TELEPHONE NUMBER<br>312-236-0733 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 21, 2014 the foregoing APPEARANCE OF CHRISTOPHER W. NIRO was filed using the Court's ECF system which will send notification to the registered participants of the ECF System and was served to the following via electronic mail:

Neil J. McNabnay (pending *pro hac vice*)
Britnee M. Reamy (pending *pro hac vice*)
Carl E. Bruce (pending *pro hac vice*)
Matthew A. Colvin (pending *pro hac vice*)
James E. Youngblood (pending *pro hac vice*)
FISH & RICHARDSON, P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
reamy@fr.com
bruce@fr.com
colvin@fr.com
youngblood@fr.com

Steven M. Geiszler (pending *pro hac vice*)
Mark C. Nelson (pending *pro hac vice*)
DENTONS US, LLP
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201
Telephone: (214) 259-0900
Facsimile: (214) 259-0910
steven.geiszler@dentons.com
mark.nelson@dentons.com

*Attorneys for Defendant, Orbitz, LLC*

/s/ Christopher W. Niro
*Attorneys for Ceats, Inc.*