# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:14-cv-05202 |
|---|---|
| CEATS, INC., Plaintiff, v. ORBITZ WORLDWIDE, INC., Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Orbitz Worldwide, Inc.

| NAME (Type or print) |
|---|
| Alan E. Littmann |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Alan E. Littmann |
| FIRM |
| Goldman Ismail Tomaselli Brennan & Baum LLP |
| STREET ADDRESS |
| 564 West Randolph Street, Suite 400 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6283389 | 312-681-6000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐