# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CEATS, Inc.<br><br>      Plaintiff,<br><br>v.<br><br>ORBITZ, LLC<br><br>      Defendant. | Case No.: 1:14−cv−05202<br>Honorable Robert M. Dow Jr. |

## JOINT MOTION TO WITHDRAW MOTIONS THAT ARE NOW MOOT

Plaintiff CEATS, Inc. and Defendant Orbitz, LLC agree that Orbitz's Motion to Limit the Number of Asserted Claims and Prior Art (Dkt. #97) and Orbitz's Motion to Strike CEATS, Inc.'s Amended Infringement Contentions (Dkt. #136) are now moot. Thus, Orbitz withdraws these motions.

### Motion to Limit the Number of Asserted Claims and Prior Art (Dkt. #97)

The parties reached agreement on this issue. On July 15th, 2014, CEATS reduced the number of asserted claims to 16. Thirty days prior to the due date for opening expert reports, CEATS will further reduce its asserted claims to 10. On July 21st, 2014, Orbitz reduced its asserted prior art references to 10 per patent, 30 total.[1] Twenty days prior to the due date for opening expert reports, Orbitz will further reduce its asserted prior art references to 6 per patent, 20 total.

### Motion to Strike Amended Infringement Contentions (Dkt. #136)

The parties reached agreement on this issue. On June 26th, 2014, CEATS withdrew all of its initial and amended infringement contentions against Orbitz Worldwide, Inc. The operative

---

[1] Each prior art system is to be considered as one reference.

infringement contentions in the case are the Second Amended Disclosure of Asserted Claims and Infringement Contentions to Orbitz, LLC, served May 13th, 2014, which include allegations only against orbitz.com.[2] The infringement contentions against cheaptickets.com and americanexpress.com have been withdrawn.

Dated: August 25, 2014

---

[2] These contentions have since been reduced to the following 16 asserted claims and will be further reduced by the agreement to limit claims and prior art (detailed above): claim 2 of U.S. Patent No. 7,548,867; claim 5 of U.S. Patent No. 7,640,178; claim 5 of U.S. Patent No. 7,660,727; claims 7, 8, 11, 22, 23, 28, 29, and 30 of U.S. Patent No. 8,219,448; claims 1, 4, 6, and 7 of U.S. Patent No. 8,229,774; and claim 12 of U.S. Patent No. 8,244,561.

/s/ Frederick C. Laney
Frederick C. Laney
Christopher W. Niro
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
laney@nshn.com
cniro@nshn.com

Craig S. Summers (pending *pro hac vice*)
David G. Jankowski (pending *pro hac vice*)
Jared C. Bunker (pending *pro hac vice*)
KNOBBE MARTENS OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502
craig.summers@knobbe.com
david.jankowski@knobbe.com
jared.bunker@knobbe.com

Steven A. Maddox (pending *pro hac vice*)
KNOBBE MARTENS OLSON & BEAR, LLP
1717 Pennsylvania Avenue, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 640-6400
Facsimile: (202) 640-6401
steve.maddox@knobbe.com

*Attorneys for Plaintiff, CEATS, Inc.*

/s/ Alan E. Littmann
Alan E. Littmann
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Ste. 400
Chicago, IL 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
alittmann@goldmanismail.com

Neil J. McNabnay
Britnee M. Reamy (*pro hac vice*)
Carl E. Bruce (*pro hac vice*)
James E. Youngblood (*pro hac vice*)
Matthew A. Colvin (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com
reamy@fr.com
bruce@fr.com
youngblood@fr.com
colvin@fr.com

*Attorneys for Defendant ORBITZ, LLC.*