CEATS, Inc.
                         Plaintiff,

v.
                                                   Case No.: 1:14–cv–05202
                                                   Honorable Robert M. Dow Jr.

CEATS, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2014:

     MINUTE entry before the Honorable Robert M. Dow, Jr: MOTION by Defendant Orbitz LLC to withdraw [174] Motions [97] and [136] that Are Now Moot, is granted and So Ordered. Notice of Motion date of 9/2/2014 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.